**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**ANDREW JAMISON**                                                      **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:06CV507BA**

**ARP DIRECTOR LARRY HARDY; PRISON
DOCTOR, CMCF JOHN DOE; PRISON NURSE,
CMCF JOHN DOE; ADM. OFFICIALS, CMCF
JOHN DOES and COMMISSIONER OF MDOC
CHRISTOPHER EPPS**                                  **DEFENDANTS**

## FINAL JUDGMENT

The Plaintiff having submitted a Voluntary Motion to Dismiss on grounds that the relief he requested has been granted by the Administrative Remedies Program of the Mississippi Department of Corrections, and the Defendants having agreed to such a dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this matter be dismissed with prejudice. This dismissal will not count as a strike for purposes of 28 U.S.C. § 1915(g).

IT IS SO ORDERED AND ADJUDGED, this the 30th day of January, 2006.



                                                           S/Linda R. Anderson
                                           UNITED STATES MAGISTRATE JUDGE